## REUM v. REUM. (No. 995.)

(Court of Civil Appeals of Texas. El Paso. March 6, 1919. Rehearing Denied March 27, 1919.)

DIVORCE ⟪⟫207 — PROPERTY — APPOINTMENT OF RECEIVER—DISCRETION OF COURT.

In action for divorce and for settlement of property rights, the appointment of a receiver of a portion of the property involved rests largely within the discretion of the trial court.

Appeal from District Court, El Paso County; P. R. Price, Judge.

Suit for divorce by Charles G. Reum against Andrea G. Reum. From an interlocutory decree appointing a receiver, defendant appeals. Affirmed.

M. W. Stanton, of El Paso, for appellant. Jones, Jones, Hardie & Grambling, of El Paso, for appellee.

HIGGINS, J. Appellee filed this suit for divorce and settlement of property rights. This appeal is prosecuted from an interlocutory decree appointing a receiver of a portion of the property involved. No briefs have been filed. The appointment of a receiver rests largely within the discretion of the trial court. Childress v. Trust Co., 32 S. W. 330; West v. Herman, 47 Tex. Civ. App. 131, 104 S. W. 428. The record in this case has been examined, and there is nothing apparent to warrant this court in setting aside the action of the court below.

Affirmed.

---

⟪⟫For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes